**Order filed March 6, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00009-CV
_____

**CAROLYN J. PROMISEL, Appellant**

**V.**

**EQUITABLE ASCENT FINANCIAL F/K/A HILCO RECEIVABLES, L.L.C.,**
**Appellee**

On Appeal from County Civil Court at Law No. 3
Harris, Texas
Trial Court Cause No. 992125

## O R D E R

Appellants' brief was due February 13, 2012. No brief or motion for extension of time has been filed.

Unless appellants submits her brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court **within thirty (30) days of the date of this order**, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM